01. 12. 00694CR
DATE: 10/1/15


RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 1 8 2015

CHRISTOPHER A. PRINE
CLERK

Clerk
    Dear Sir.

        At This Time I'am in Need of A Copie
of This Courts Opinion on Cause numbers
1354133 And 1326195 A Criminal Conviction For
The Offense of Aggravated-Robbery Count I, II
From The 184th Judicial District Court of Harr-
is County Texas. on __/__/__ .

                THank you
                William D. Law

I'am Sorry but I don't Recall my Appeal Cause
Number if Any. I'am Sending $3.00 dollars To He
lp Cover The Cost For Copies of The Opinion. From
This Court.

1800307

William D. law 1893347
Estelle Unit
264 Fm 3478
Huntsville Texas 77320

NORTH HOUSTON TX 77315

IT WAS MAILED FROM A
DF NEOUSE SAIS PASS L

1st

14th Court of Appeals
Clerks Office
301 Fannin St. Rm. 245
Houston Texas 77002

77002206270